IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 11-100 |
| | ) |
| | ) (21 U.S.C. §846) |
| LARRY HATTEN | ) |

INFORMATION

COUNT ONE

The United States Attorney charges that

On or about November 20, 2006, in the Western District of Pennsylvania, the defendant, LARRY HATTEN, did knowingly, intentionally and unlawfully conspire with persons both known and unknown to the United States Attorney to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 846.

DAVID J. HICKTON
UNITED STATES ATTORNEY
PA ID #34524