IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
            v.                )      Criminal No.  *11-100*
                              )
LARRY HATTEN                  )

## ARRAIGNMENT PLEA

Defendant Larry Hatten

being arraigned, pleads  *GUILTY*

in open Court this  *19TH*  day of

*MAY* , 20 *11* .

_____
(Defendant's Signature)

_____
(Attorney for Defendant)